IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GALE M. WOODHAM,

    Plaintiff,

vs.         CASE NO. 5:10cv93/RS-AK

THE GEO GROUP, INC.,

    Defendant.
_____/

## ORDER

Before me is the Report of Parties' Planning Meeting (Doc. 10). The attorneys have provided no explanation why they have apparently disregarded the instructions in the Initial Scheduling Order (Doc. 4) about the discovery deadline and available trial dates.

**IT IS ORDERED** that the attorneys shall file an amended joint report not later than June 25, 2010, with deadlines consistent with a discovery deadline of October 7, 2010, and a trial date of either December 6, 2010, or January 10, 2011.

**ORDERED** on June 14, 2010.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**